# EXHIBIT A

Case 15-02785   Doc 8   Filed 01/29/15   Entered 01/31/15 23:34:22   Desc Imaged
Certificate of Notice   Page 1 of 4
Case: 1:15-cv-06274 Document #: 1-1 Filed: 07/17/15 Page 2 of 5 PageID #:11

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) | Case Number 15-02785

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/28/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Josephine E Hood
24154 Mill Creek Lane
Plainfield, IL 60586

| Case Number: 15-02785<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-6004 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number: (630) 575-8181 | Bankruptcy Trustee (name and address):<br>Joji Takada<br>Takada Law Office, LLC<br>6336 North Cicero Avenue<br>Suite 201<br>Chicago, IL 60646<br>Telephone number: 773 790 4888 |

## Meeting of Creditors:
Date: **February 26, 2015**        Time: **12:15 PM**
Location: **150 West Jefferson Street, 2nd Floor, Joliet, IL 60432**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 4/27/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-866-222-8029 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open: Monday - Friday 8:30 AM -4:30 PM | Date: January 29, 2015 |

Case 15-02785  Doc 8  Filed 01/29/15  Entered 01/31/15 23:34:22  Desc Imaged
Case: 1:15-cv-06274 Document #: 1-1 Filed: 07/17/15 Page 3 of 5 PageID #:12
Certificate of Notice  Page 2 of 4

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

— Refer to Other Side for Important Deadlines and Notices —

Case 15-02785    Doc 8    Filed 01/29/15    Entered 01/31/15 23:34:22    Desc Imaged
                          Certificate of Notice    Page 3 of 4
Case: 1:15-cv-06274 Document #: 1-1 Filed: 07/17/15 Page 4 of 5 PageID #:19

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-02785-BWB
Josephine E Hood                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: cshabez         Page 1 of 2         Date Rcvd: Jan 29, 2015
                           Form ID: b9a          Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2015.
db              +Josephine E Hood,    24154 Mill Creek Lane,    Plainfield, IL 60586-1725
22864916        +ATG Credit,    1700 W Cortland Street Suite 2,    Chicago, IL 60622-1166
22864914        +Advocate Good Samaritan Hospital,    3815 Highland Avenue,    Downers Grove, IL 60515-1590
22864915        +Anesthesiologists, Ltd,    PO Box 3871,    Carol Stream, IL 60132-3871
22864918        +CBE Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
22864924       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance,     P.O. Box 8099,   Newark, DE 19714)
22864927       ++CORTRUST BANK,    PO BOX 7030,   MITCHELL SD 57301-7030
                 (address filed with court: CorTrust Bank,     500 E 60th Street N,   Sioux Falls, SD 57104)
22864919        +Codilis & Associates,    15W030 N. Frontage Road,    Burr Ridge, IL 60527-6921
22864920        +Collection Professional,    Po Box 416,    La Salle, IL 61301-0416
22864921        +Collection Professionals,    Po Box 416,    La Salle, IL 61301-0416
22864922        +Colorado Student Loan,    1560 Broadway,    Ste. 1700,   Denver, CO 80202-5159
22864923        +Consumer Portfolio Services,    Attn:Bankruptcy,    19500 Jamboree Road,    Irvine, CA 92612-2401
22864930        +Department of Education,    FedLoan Servicing,    PO Box 530210,   Atlanta, GA 30353-0210
22864936        +Edward Hospital,    Po Box 5995,   Peoria, IL 61601-5995
22864938         Equifax Information Services, LLC,     1550 Peachtree Street NW,   Atlanta, GA 30309
22864939        +Experian Information Solutions, Inc.,     475 Anton Boulevard,   Costa Mesa, CA 92626-7037
22864940        +First Savings Bank,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
22864941        +Fsb Blaze,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
22864943        +Laboratory & Pathology Disagnostics, LLC,     Department 4387,   Carol Stream, IL 60122-0001
22864944        +Med Busi Bur,    Attn: Bankruptcy,    PO Box 1219,    Park Ridge, IL 60068-7219
22864945        +Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
22864947        +Medical Business Bureau,    1175 Deven Drive, Suite 173,    Morton Shores, MI 49441-6079
22864946        +Medical Business Bureau,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
22864948        +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 400,   Chicago, IL 60606-6974
22864953        +NAPERVILLE RADIOLOGISTS S C,    801 S Washington Street,    Naperville, IL 60540-7430
22864954        +Naperville Radiologists S.C.,    6910 S. Madison Street,    Willowbrook, IL 60527-5504
22864955        +Nationwidecash.com,    650 Naamans Road, Suite 300,    Claymont, DE 19703-2300
22864956        +Pinnacle Recovery, Inc,    PO Box 130848,    Carlsbad, CA 92013-0848
22864957        +Pinnacle Recovery, Inc.,    2231 Rutherford Rd., #210,    Carlsbad, CA 92008-8820
22864958        +Primary Care Associates, Ltd.,    6840 Windsor Avenue,    Berwyn, IL 60402-3486
22864959        +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
22864962        +St. Joseph Hospital,    2900 N. Lakes Shore Drive,    Chicago, IL 60657-6274
22864963        +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22864964        +U.S. Cellular,    8410 W. Bryn Mawr, Suite 700,    Chicago, IL 60631-3418
22864969        +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                  Washington, DC 20202-0031
22864968        +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
22864970        +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                  Washington, DC 20208-0003
22864971        +US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
22864965        +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
22864966        +UpFrontPayday.com,    324 South State Street, Suite 201,    PO Box 146800,
                  Salt Lake City, UT 84114-6800
22864973         Weoffercash.com,    2735 Fire Access Road,    Seagrove, NC 27341
22864974        +Womens Healthcare Of Illinois,    9730 S. Western Avenue Suite 100,
                  Evergreen Park, IL 60805-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: Cmagerski@sulaimanlaw.com Jan 30 2015 01:19:00      Charles L. Magerski,
                  Sulaiman Law Group, LTD,    900 Jorie Boulevard,    Suite 150,   Oak Brook, IL   60523
tr              +EDI: QJTAKADA.COM Jan 30 2015 00:58:00     Joji Takada,    Takada Law Office, LLC,
                  6336 North Cicero Avenue,    Suite 201,   Chicago, IL 60646-4448
22864913        +EDI: AARGON.COM Jan 30 2015 00:53:00     Aargon Collection Agency,    3025 West Sahara Avenue,
                  Las Vegas, NV 89102-6094
22864917        +EDI: CAPITALONE.COM Jan 30 2015 00:58:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
22864925        +EDI: CONVERGENT.COM Jan 30 2015 00:58:00      Convergent Outsourcing, Inc,    800 SW 39th Street,
                  PO Box 9004,    Renton, WA 98057-9004
22864926        +EDI: CONVERGENT.COM Jan 30 2015 00:58:00      Convergent Outsourcing, Inc.,    PO Box 9004,
                  Renton, WA 98057-9004
22864928        +EDI: RCSFNBMARIN.COM Jan 30 2015 00:58:00      Credit One Bank,    585 Pilot Rd,
                  Las Vegas, NV 89119-3619
22864929        +EDI: RCSFNBMARIN.COM Jan 30 2015 00:58:00      Credit One Bank,    P.O Box 98872,
                  Las Vegas, NV 89193-8872
22864932         EDI: DIRECTV.COM Jan 30 2015 00:58:00     Direct TV,    Corporate Office,    PO Box 6550,
                  Englewood, CO 80155
22864931        +E-mail/Text: electronicbkydocs@nelnet.net Jan 30 2015 01:20:35      Department of Education,
                  121 S. 13th Street,    Lincoln, NE 68508-1904
22864933        +E-mail/Text: asaravia@dsgcollect.com Jan 30 2015 01:20:18      Diversified SVS Group,
                  Attention: Bankruptcy Department,     1824 W Grand Ave - Suite 200,    Chicago, IL 60622-6721
22864934        +E-mail/Text: christy@concordadvice.com Jan 30 2015 01:20:42      East Side Lenders,
                  40 E. Main S,    Suite 410,   Newark, DE 19711-4639

Case 15-02785    Doc 8    Filed 01/29/15    Entered 01/31/15 23:34:22    Desc Imaged
Case: 1:15-cv-06274 Document #: 1-1 Filed: 07/17/15 Page 5 of 5 PageID #:14
Certificate of Notice    Page 4 of 4

```
District/off: 0752-1               User: cshabez              Page 2 of 2              Date Rcvd: Jan 29, 2015
                                   Form ID: b9a               Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
22864935      +E-mail/Text: bankruptcy@edward.org Jan 30 2015 01:21:08       Edward Hospital,
               801 South Washington Street,    Naperville, IL 60540-7499
22864937       E-mail/Text: bankruptcy@edward.org Jan 30 2015 01:21:08       Edward Hospital,    PO Box 4207,
               Carol Stream, IL 60197-4207
22864942      +E-mail/Text: bknoticing@grantweber.com Jan 30 2015 01:20:31       Grant & Weber,
               Attn: Bankruptcy,    26575 W. Agoura Road,    Calabasas, CA 91302-2975
22864952      +E-mail/Text: mmrgbk@miramedrg.com Jan 30 2015 01:20:32       MIraMed Revenuie Group, LLC,
               Dept 77304,    PO Box 77000,    Detroit, MI 48277-2000
22864949      +EDI: MERRICKBANK.COM Jan 30 2015 00:53:00       Merrick Bank,    Attn: Bankruptcy,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
22864951      +E-mail/Text: mmrgbk@miramedrg.com Jan 30 2015 01:20:32       MiraMed Revenue Group LLC.,
               PO Box 536,    Linden, MI 48451-0536
22864950      +E-mail/Text: mmrgbk@miramedrg.com Jan 30 2015 01:20:32       Miramed,    991 Oak Creek Drive,
               Lombard, IL 60148-6408
22864960       EDI: NEXTEL.COM Jan 30 2015 00:53:00       Sprint,    6391 Sprint Parkway,
               Overland Park, KS 66251
22864961      +EDI: NEXTEL.COM Jan 30 2015 00:53:00       Sprint,    PO Box 3827,    Englewood, CO 80155-3827
22864967      +EDI: USCELLULAR.COM Jan 30 2015 00:53:00       US Cellular,    DEPT. 0203,
               Palatine, IL 60055-0001
22864972      +Fax: 800-294-2015 Jan 30 2015 02:33:08       USFastCash,    PO Box 111,    Miami, OK 74355-0111
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2015                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2015 at the address(es) listed below:
```
              Charles L. Magerski    on behalf of Debtor Josephine E Hood Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Joji    Takada     trustee@takadallc.com,    jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```