AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SERVED

### SUMMONS IN A CIVIL CASE

JOSEPHINE HOOD

V.

BASS AND ASSOCIATES, P.C.

CASE NUMBER: 1:15-cv-06274

ASSIGNED JUDGE: Hon. Elaine E. Bucklo

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Bass and Associates, P.C.
c/o Registered Agent:
Anne C. Graham-Bergin
2205 E. Speedway,
Tucson, AZ 85719

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEI THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



DATE

July 20, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

1:15-CV-06274

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 07-28-2015 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KEVIN BEYER | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ANN C. GRAHAM
2205 E. SPEEDWAY, TUCSON AZ 85719

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07-28-2015
Date

Signature of Server

Lic #CH-PS2015000002
COUNTY OF COCHISE
STATE OF ARIZONA

Address of Server

MAXO INVESTIGATIONS
www.GoMaxo.com
3938 E Grant Rd #109
Tucson AZ 85712

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.