**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPHINE HOOD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-06274 |
| | ) | |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| BASS AND ASSOCIATES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Mohammed Omar Badwan, Esq.
 Ahmad Tayseer Sulaiman, Esq.
 Daniel John McGarry, Esq.
 Sulaiman Law Group, Ltd.
 900 Jorie Boulevard, Suite 150
 Oak Brook, Illinois 60523

PLEASE TAKE NOTICE that on the 3rd day of September, 2015 at 9:30 a.m., the undersigned shall appear before the Honorable Elaine E. Bucklo, or any Judge sitting in her stead, in Courtroom 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the ***Motion of Defendant, Bass and Associates, P.C., for Extension of Time to Answer or Otherwise Plead***, a copy of which was electronically filed on this date and is attached and hereby served upon you.

 Respectfully submitted,

 BASS AND ASSOCIATES, P.C.,
 Defendant,

 By:  /s/ David J. Frankel
 One of its attorneys

David J. Frankel, Esq. (#6237097)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

Bass/adv. Hood/Motion Ext. Time

## CERTIFICATION OF SERVICE

      The undersigned certifies and states that I caused the foregoing Notice of Motion and Motion of Defendant, Bass and Associates, P.C., for Extension of Time to Answer or Otherwise Plead to be served upon the above-listed party(ies) by electronic filing and by placing a copy of same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the United States Mail located at 180 North LaSalle Street, Chicago, Illinois 60601, prior to 5:00 p.m. this 18th day of August, 2015.

                                                                                             _____/s/ David J. Frankel_____

SUBSCRIBED AND SWORN TO
before me this 18th day of August, 2015


\_\_\_\_\_/s/ Samantha Brand_____
        NOTARY PUBLIC

Bass/adv. Hood/Motion Ext. Time