UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Josephine Hood
                        Plaintiff,

v.                                             Case No.: 1:15−cv−06274
                                                         Honorable Elaine E. Bucklo

Bass and Associates, P.C.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 31, 2015:

       MINUTE entry before the Honorable Elaine E. Bucklo: Motion for extension of time to answer or otherwise plead [10] is granted. Answer due 9/15/2015. Scheduling conference previously set for 10/7/2015 to stand. Mailed notice (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.