UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPHINE HOOD | |
| Plaintiff, | Case No: 1:15-cv-06274 |
| v. | Honorable Elaine E. Bucklo |
| BASS AND ASSOCIATES, P.C., | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Josephine Hood ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Bass and Associates, P.C., settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 5th day of October, 2015

 

Respectfully Submitted,

<u>s/ Mohammed O. Badwan</u>
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record:

David J. Frankel
Sorman & Frankel, Ltd.
180 North LaSalle St., Suite 2700
Chicago, IL 60601
Attorneys for Defendant